# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

GUINDON, ET AL

V.

AMERICAN FOAM CORPORATION, ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 03-335L

**TO:** (Name and address of Defendant)

Mark Kendall
c/o Randall Souza, Esq.
Nixon & Peabody, Ltd.
One Citizens Plaza, Suite 700
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esq.
BRIAN CUNHA & ASSOCIATES, P.C.
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK Paulette J. Burke
Chief Deputy Clerk

(By) DEPUTY CLERK

DATE 11/20/03

20

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Nov-21, 2003 |
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Mark Kendall

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): A Rodman? Jr (#4082) Randall Souza Esq. 1 Citizens Plaza Providence RI 7th Floor On Behalf of DEP.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40.00 | 40.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/21/03
Date

[signature]
*Signature of Server*

Thomas Noury
41 N. Elmore Ave.
P.O. Box 114026
North Providence, RI 02911
*Address of Server*

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.